UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AARON MATTHEW RODE, | ) | CASE NO. 10-10167 |
| | ) | Chapter 7 |
| DEBTOR(S). | ) | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Michael T. Toms DDS PC | 1135 West Dupont Road<br>Fort Wayne, IN 46825 | $3.01 |
| Merchants Retail Credit Assoc.<br> Inc. or Medical & Dental Business<br> Bureau of Allen Co., Inc. | P.O. Box 11285<br>333 E. Washington Blvd.<br>Fort Wayne, IN 46857 | $1.69 |
| Redi Med | c/o Snow & Sauerteig<br>203 E. Berry St., Suite 1310<br>Fort Wayne, IN 46802 | $2.48 |
| Summit Radiology | c/o Snow & Sauerteig<br>203 E. Berry St., Suite 1310<br>Fort Wayne, IN 46802 | $1.58 |
| Kapp's Green Lawn | c/o Beckman Lawson LLP<br>912 South Calhoun Street<br>Fort Wayne, IN 46802 | $4.88 |
| | Total | $13.64 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $13.64 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: May 16, 2011**

          **Respectfully submitted,**

          **CHAPTER 7 TRUSTEE**
          **444 EAST MAIN STREET**
          **FORT WAYNE, INDIANA 46802**
          **TELEPHONE: (260) 426-0444**
          **FAX: (260) 422-0274**
          **EMAIL: mseifert@hallercolvin.com**

          **BY: /s/ Martin E. Seifert**
              **MARTIN E. SEIFERT**
              **I.D. #16857-02**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 16th day of May, 2011, to:

Steven J. Glaser, Esq.
116 East Berry Street
Lincoln Tower, Suite 1900
Fort Wayne, IN 46802

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

Michael T. Toms DDS PC
1135 West Dupont Road
Fort Wayne, IN 46825

Merchants Retail Credit Assoc. Inc.
  or Medcial & Dental Business Bureau
  of Allen Co., Inc.
P.O. Box 11285
333 E. Washington Blvd.
Fort Wayne, IN 46857

Redi Med
c/o Snow & Sauerteig
203 E. Berry St., Suite 1310
Fort Wayne, IN 46802

Summit Radiology
c/o Snow & Sauerteig
203 E. Berry St., Suite 1310
Fort Wayne, IN 46802

- 4 -

        Kapp's Green Lawn
        c/o Beckman Lawson LLP
        912 South Calhoun Street
        Fort Wayne, IN 46802


        /s/ Martin E. Seifert
        **MARTIN E. SEIFERT**